JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| ROBERT SCHROEDER,<br><br>                              Plaintiff,<br><br>          v.<br><br>CITY OF LONG BEACH,<br><br>                              Defendant**.** | Case No.:  CV 12-05078-GW(PLAx)<br><br>**JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |
| AND ALL CONSOLIDATED ACTIONS | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Court has carefully reviewed the parties' concurrently-filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice ("Stipulation") and the settlement agreement ("Settlement Agreement") attached as Exhibit "A" to the Stipulation in *Joe Battle v. City of Long Beach*, CV 12-5055-GW(PLAx);

2.      The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Joe Battle,

1   Anthony Lembi, Steve Lowe, Richard Birdsall, Alberto Vargas, John Lembi,

2   Robert Schroeder, Ross Smillie and Michael Dapello  (collectively, "Plaintiffs")

3   and the parties shall perform the Settlement Agreement in accordance with its

4   terms;

5       3.      The Court reserves jurisdiction with respect to this consolidated action

6   for the purposes of enforcing the Settlement Agreement; and

7       4.      This consolidated action is hereby dismissed in its entirety with

8   prejudice.

9

10  DATED: June 5, 2014                    _____

11                                          HON. GEORGE H. WU, U.S. District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2